IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

F. G. CROSTHWAITE, et al.,

    Plaintiff,

v.

UTILITY SERVICES OF NEVADA, INC.,
a Nevada corporation, doing business in
California as UTILITY SERVICES OF
NV, INC.,

    Defendant.

No. C 12-04789 WHA

**ORDER DENYING PLAINTIFF'S EX PARTE REQUEST FOR CONTINUANCE**

The Clerk entered default on November 29, 2012. Plaintiff now requests a continuance of the case management conference, currently set for December 13 at 11:00 a.m., to be continued for sixty to ninety days. This is **DENIED**. However, if plaintiff files its motion for default judgment by **5:00 P.M. ON DECEMBER 12**, the Court shall continue the case management conference to the hearing date set in the motion.

**IT IS SO ORDERED**.

Dated: December 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE