IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>UTILITY SERVICES OF NEVADA, INC.,<br>a Nevada corporation, doing business in<br>California as UTILITY SERVICES OF<br>NV, INC.,<br><br>    Defendant.<br>                                       / | No. C 12-04789 WHA<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE REQUEST FOR CONTINUANCE** |

      The Clerk entered default on November 29, 2012. Plaintiff now requests a continuance of the case management conference, currently set for December 13 at 11:00 a.m., to be continued for sixty to ninety days. This is **DENIED**. However, if plaintiff files its motion for default judgment by **5:00 P.M. ON DECEMBER 12**, the Court shall continue the case management conference to the hearing date set in the motion.

      **IT IS SO ORDERED**.

Dated: December 5, 2012.

                                                              WILLIAM ALSUP<br>
                                                              UNITED STATES DISTRICT JUDGE