IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

F. G. CROSTHWAITE, et al.,

    Plaintiff,

v.

UTILITY SERVICES OF NEVADA, INC., a
Nevada corporation, doing business in California
as UTILITY SERVICES OF NV, INC.,

    Defendant.
                                                                       /

No. C 12-04789 WHA

**ORDER DENYING LAST MINUTE REQUEST TO VACATE HEARING**

On the day before the hearing, counsel filed a request to vacate the hearing and submitted a complicated settlement plan with a provision that the district court retain jurisdiction indefinitely. This request came after all the work was done by the judge on the pending motion. No counsel bothered to appear at the hearing. The request is **DENIED**.

Instead of reducing the settlement agreement to a judgment and supervising it indefinitely, the Court will enter a default judgment as requested originally. If the parties then wish to enter into an out-of-court agreement (enforceable in state court), so be it.

**IT IS SO ORDERED.**

Dated: January 24, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE