IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., | No. C 12-04789 WHA |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| UTILITY SERVICES OF NEVADA, INC., a Nevada corporation, doing business in California as UTILITY SERVICES OF NV, INC., | |
| Defendant. | |

For the reasons stated in the accompanying order granting plaintiffs' motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs and against defendant in the amount of $10,208.79 (above amount is net of $11,445.50 already paid). The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE